| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>STERN, LAVINTHAL & FRANKENBERG, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Phone: (973) 797-1100<br>Fax: (973) 228-2679<br>Email:  mcozzini@sternlav.com<br>Attorney for Secured Creditor,<br>Nationstar Mortgage LLC<br>By Maria Cozzini, Esq. | Order Filed on October 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Karin A. Weinraub**<br><br><br>Debtor(s). | Case No.: **19-25410-VFP**<br><br>Chapter: 7<br><br>Hearing Date: October 22, 2019<br><br>Judge: Vincent F. Papalia |

**ORDER RESOLVING MOTION TO VACATE STAY
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: October 29, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:  **Karin A. Weinraub**
Case No: **19-25410-VFP**
Caption: Order Resolving Motion to Vacate Stay with Conditions

Applicant:                          Nationstar Mortgage LLC
Applicant's Counsel:                Stern Lavinthal & Frankenberg, LLC
Debtor's Counsel:                   John P. Fazzio, Esq.
Property Involved ("Collateral"):   802 ALBEMARLE STREET, WYCKOFF, NJ 07481

Relief sought:
- ✓ Motion for relief from the automatic stay
-   Motion to dismiss
-   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for  2  months, from  September 2019 to October 2019.

    - The Debtor is overdue for  2  payments at $2,934.84  per month.

    Total Arrearages Due $5,869.68.

2. Debtor must cure all post-petition arrearages, as follows:

    - Beginning on November 1, 2019, regular monthly mortgage payments shall continue to be made in the amount $2,934.84. Payments shall be due on the first day of the month when due.

    - Beginning on November 1, 2019, additional monthly cure payments shall be made in the amount of $1,467.42  for 4 months. Payments shall be due on the first day of the month when due.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ✓ Regular monthly payment:      Nationstar Mortgage, LLC
                                    P.O. Box 619094
                                    Dallas, TX 75261-9741

    ✓ Monthly cure payment:         Nationstar Mortgage, LLC
                                    P.O. Box 619094
                                    Dallas, TX 75261-9741

Case 19-25410-VFP    Doc 12    Filed 10/29/19    Entered 10/30/19 09:14:31    Desc Main
Document    Page 3 of 3

Page | 3
Debtor: **Karin A. Weinraub**
Case No: **19-25410-VFP**
Caption: Order Resolving Motion to Vacate Stay with Conditions

4. In the event of Default:

- ✓ If the Debtors fail to make any regular monthly payment or the additional monthly cure payment within five (5) days of the date the payments are due, then the Secured Creditor shall provide notice of default to the Debtor and to the Debtor's attorney. If the default is not cured within five (5) day of the default notice, or ten (10) days from the date of the initial default, the Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 7 Trustee, the Debtors, and the Debtors' attorney.

- ☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

    - ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
      The fees and costs are payable:
    - ☐ to the Secured Creditor within _____ days.
    - ☐ Attorneys' fees are not awarded.